THE WASHINGTON NATIONAL BANK v. J. G. WOODRUM. No. 11,· 705. (62 Pac. 672.) Error from Washington district court. Opinion filed November 10, 1900. *Reversed.* Waggener, Horton & Orr, and E. A. Austin, for plaintiff in error. Chas. Smith, J. G. Lowe, and J. W. Rector, for defendant in error.

CAREY E. CARROLL v. GEORGE A. CLARK, as *Secretary of State,* et al. No. 11,931. (62 Pac. 1116.) Original proceeding in mandamus. Opinion filed November 10, 1900. *Writ denied.* Quinton & Quinton, for plaintiff. A. A. Godard, attorney-general, and J. S. West, for defendants.

ROBERT KEATING ROOT et al. v. FRANK L. MARTIN et al. No. 11,515. (62 Pac. 1004.) Error from Reno district court. Opinion filed December 8, 1900. *Dismissed.* Fuller & Whitcomb, and J. G. Slonecker, for plaintiffs in error. D. H. Martin, Martin & Roberts, and Geo. A. Vandeveer, for defendants in error.

SAMUEL E. KING et al. v. JOHN SEATON. No. 11,713. (62 Pac. 1117.) Error from court of appeals, northern department. Opinion filed December 8, 1900. *Affirmed.* Wollman, Solomon & Cooper, and E. C. Griffin, for plaintiffs in error. John Seaton, for defendant in error.

THE CHICAGO, ROCK ISLAND & PACIFIC RAILWAY COMPANY v. W. A. MINICK. No. 11,715. (62 Pac. 1007.) Error from court of appeals, southern department. Opinion filed December 8, 1900. *Affirmed.* M. A. Low, and W. F. Evans, for plaintiff in error. J. A. Brubacker, for defendant in error.

J. E. CONKLIN v. THE CITY OF HUTCHINSON et al. No. 11,722. (62 Pac. 1012.) Error from Reno district court. Opinion filed December 8, 1900. *Certified.* W. G. Fairchild, for plaintiff in error. J. V. Clymer, and C. W. Taylor, for defendants in error.

J. C. O. MORSE v. M. L. RYLAND. No. 11,755. (62 Pac. 1117.) Error from Sumner district court. Opinion filed December 8, 1900. *Affirmed.* Jas. T. Herrick, and Amidon & Conly, for plaintiff in error. W. W. Schwinn, for defendant in error.

T. B. WEAKLEY et al. v. CHERRY TOWNSHIP. No. 11,594. (63 Pac. 433.) Error from Montgomery district court. Opinion filed January 5, 1901. *Affirmed.* A. B. Clark, and P. C. Young, for plaintiffs in error. Albert L. Wilson, for defendant in error.

> 62 867
> Case 8
> 64, 302

SARAH FENAUGHTY et al. v. PATRICK LOOB et al. No. 11,790. (63 Pac. 427.) Error from Marshall district court. Opinion filed January 5, 1901. *Dismissed.* E. A. Berry, M. W. Terry, T. J. Madden, and Gregg & Gregg, for plaintiffs in error. W. W. Redmond, and Cal. T. Mann, for defendants in error.

J. E. HARDEN v. FRANK METZ. No. 11,621. (63 Pac. 1126.) Error from court of appeals, southern department. Opinion filed February 9, 1901. *Affirmed.* Ergenbright & Banks, and F. J. Fritch, for plaintiff in error. A. B. Clark, and Geo. W. Clark, for defendant in error.

W. T. COVERDALE v. THE WESTCHESTER FIRE INSURANCE COMPANY. No. 11,685. (63 Pac. 1126.) Error from court of appeals, southern department. Opinion filed February 9, 1901. *Affirmed.* C. E. Elliott, and H. L. Woods, for plaintiff in error. E. F. Ware, James Lawrence, and Gleed, Ware & Gleed, for defendant in error.